# IN THE SUPREME COURT STATE OF NORTH DAKOTA

## 2019 ND 250

State of North Dakota,                                          Plaintiff and Appellee

    v.

Michelynn Kaye Ruddell,                              Defendant and Appellant

## No. 20190139

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Troy J. LeFevre, Judge.

AFFIRMED.

Per Curiam.

Joseph K. Nwoga, Assistant State's Attorney, Jamestown, N.D., for plaintiff and appellee.

Kiara C. Kraus-Parr, Grand Forks, N.D., for defendant and appellant.

## State v. Ruddell
## No. 20190139

**Per Curiam.**

[¶1]  Michelynn Ruddell appeals from a criminal judgment entered after a jury found her guilty of eight drug-related charges. She argues the district court erred in denying her motion for acquittal and insufficient evidence supports the guilty verdicts on counts one, two, four, and seven. Viewing the evidence in the light most favorable to the verdict, we conclude sufficient evidence exists that could allow a jury to draw a reasonable inference in favor of conviction. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]  Gerald W. VandeWalle, C.J.
      Jerod E. Tufte
      Daniel J. Crothers
      Lisa Fair McEvers
      Jon J. Jensen

1